Opinion filed December 1, 2005 












 
 
  
 
 







 
 
  
 
 




Opinion filed December 1, 2005 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00352-CV 

 

                                                    __________

 

     POOLA
K. REDDY, KONREDDY REDDY, AND ALL OCCUPANTS OF

                               1833
CHASEWOOD DRIVE, Appellants

 

                                                             V.

 

            FEDERAL
NATIONAL MORTGAGE ASSOCIATION, Appellee

 



 

                                  On
Appeal from the County Court at Law No. 1

 

                                                          Travis
County, Texas

 

                                                  Trial
Court Cause No. 287,403

 



 

                                             M
E M O R A N D U N   O P I N I O N

The parties have filed in this court an agreed
motion to dismiss.  The motion is
granted, and the appeal is dismissed.

 

December
1, 2005                                                                   PER
CURIAM

Not designated for publication. 
See TEX.R.APP.P. 47.2(a).

Panel
consists of: Wright, C.J., and 

McCall, J., and Strange, J.